CHAUNCEY H. STRICKLAND, complainant,

*v.*

NATIONAL SALT COMPANY, defendants.

[Argued July 7th, 1911.   Decided November 20th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported in 77 *N. J. Eq.* (7 *Buch.*) *328.*

*Mr. William J. Wallace* and *Mr. Henry W. Bean* (of New York), and *Mr. George R. Beach* (*Messrs. Wilkie, Jayne & Bonynge,* on the briefs), for the appellants.

*Mr. Charles W. Fuller* and *Mr. Henry B. Twombly* (of New York), for the receivers.

PER CURIAM.

The orders in these cases, Nos. 21 to 34, inclusive, upon the various appeals, are affirmed for the reasons stated in the opinion in No. 20 *ante p. 182.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—12.

*For reversal*—None.